# United States Court of Appeals for the Federal Circuit

May 11, 2010

<u>ERRATA</u>

Appeal No. 2009-1391
<u>PATENT RIGHTS v. VIDEO GAMING</u>

Decided: May 10, 2010
Precedential Opinion

Please make the following change:

Page 12, line 21, change "find that this contention strains" to --consider this contention to strain--.